IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINIDAD GOMEZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>CHIEF MEDICAL OFFICER, et al.,<br><br>            Defendants.<br>_____/ | 1:11-cv-01160-SKO (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff, a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983, filed this action on July 14, 2011. Plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, but it was on the wrong form in that it did not contain the requisite authorization for the deduction of the filing fee from Plaintiff's trust account.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, Plaintiff shall either file the attached application to proceed in forma pauperis, completed and signed, or pay the $350.00 filing fee in full. **No requests for extension will be granted without a showing of good cause, and the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated:   July 19, 2011                    /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE

-1-